IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00036-WYD-MJW

MICHAEL J. WARD,

Plaintiff(s),

v.

THOMAS SIEBEL, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion for Leave to Amend Complaint (docket no. 22) is GRANTED pursuant to Fed. R. Civ. P. 15(a) and <u>Frank v. U.S. West, Inc.</u>, 3 F.3d 1357, 1365 (10th Cir. 1993). The Plaintiff shall forthwith re-file his Amended Complaint with this court consistent with this court's e-filing requirements.

Rule 15(a) of the Federal Rules of Civil Procedure provides that leave to amend "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). "Refusing leave to amend is generally only justified upon a showing of undue delay, undue prejudice to the opposing party, bad faith or dilatory motive, failure to cure deficiencies by amendments previously allowed, or futility of amendment." <u>Frank v. U.S. West, Inc.</u>, 3 F.3d 1357, 1365 (10th Cir. 1993) (citations omitted).

Date: July 12, 2006