IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00036-WYD-MJW

MICHAEL J. WARD,

    Plaintiff(s),

v.

THOMAS SIEBEL; and
THE SIEBEL LIVING TRUST,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Due to the substantive changes contained in Plaintiff's Amended Complaint and Jury Demand (docket #26), the Motion for Summary Judgment, filed May 25, 2006 (docket #18) by Defendants Thomas Siebel and The Siebel Living Trust is **DENIED WITHOUT PREJUDICE**.

    Should Defendants file a subsequent motion for summary judgment as to the Amended Complaint, the exhibits submitted in connection with the first Motion for Summary Judgment need not be resubmitted.

    Dated:  July 31, 2006