IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00036-WYD-MJW

MICHAEL J. WARD,

Plaintiff(s),

v.

THOMAS SIEBEL, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order, DN 35, filed with the Court on August 25, 2006, is GRANTED and the case plan and schedule set forth in the May 16, 2006 Scheduling Order is amended as follows:

1. The discovery cutoff deadline is extended up to and including December 8, 2006;

2. The dispositive motions deadline is extended up to and including December 29, 2006;

3. All requests for production of documents and requests for admissions will be served no later than November 1, 2006;

4. All interrogatories will be served no later than November 1, 2006; and,

5. The Final Pretrial Conference set on January 17, 2007, at 8:30 a.m., is VACATED and RESET on March 2, 2007, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their proposed Final Pretrial Order five (5) business days prior to the Final Pretrial Conference date.

Date:  August 29, 2006