IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00036-WYD-MJW

MICHAEL J. WARD,

    Plaintiff,

vs.

THOMAS SIEBEL; THE SIEBEL LIVING TRUST DATED 7/27/93; FIRST VIRTUAL MANAGEMENT, INC.; and JUSTIN DOOLEY, individually and in his capacity as President of First Virtual Management, Inc.,

    Defendants.

---

## ORDER AMENDING SCHEDULING ORDER
(Docket no. 38)

---

The Court, having reviewed Plaintiff's UNOPPOSED MOTION TO AMEND SCHEDULING ORDER, hereby GRANTED. ~~enters the following orders:~~

The Case Plan and Schedule set forth in the Scheduling Order (Doc. 15) and subsequent Order amending the same (Doc. 36) is hereby amended as follows:

1. The discovery cutoff deadline is February 2nd, 2007.

2. The dispositive motions deadline is February 16th, 2007.

3. All requests for production of documents and requests for admissions will be served no later than December 1, 2006.

4. All interrogatories will be served no later than December 1, 2006.

1

5. A final pre-trial conference in this case ~~is set on 3-2-07~~ is VACATED is reset to May 3rd, 2007 at 9:00am.

Done this 24th day of October, 2006,

BY THE COURT:

*/s/ Michael J. Watanabe*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO