IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00036-WYD-MJW

MICHAEL J. WARD,

Plaintiff(s),

v.

THOMAS SIEBEL, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Stipulated Motion to Amend Scheduling Order (docket no. 54) is GRANTED finding good cause shown. The deadline to complete discovery is extended to March 1, 2007. The deadline to file dispositive motions is extended to March 23, 2007. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: February 2, 2007