IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00036-WYD-MJW

MICHAEL J. WARD,

Plaintiff(s),

v.

THOMAS SIEBEL, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendants' Motion to Vacate Settlement Conference or, in the Alternative for Permission to Attend by Telephone (docket no. 68) is DENIED WITHOUT PREJUDICE. The settlement conference remains set on August 14, 2007, at 1:30 a.m. The parties shall submit their updated confidential settlement statements to Magistrate Judge Watanabe ten (10) days before the settlement conference instead of five (5) before the settlement conference. In such updated confidential settlement statements, the parties shall provide to this court their monetary range in which they are willing to try and resolve this case. Defendants are granted leave to re-file their motion to vacate settlement conference at the same time as Defendants submit their updated confidential settlement statements.

Date:   June 13, 2007