IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00036-WYD-MJW

MICHAEL J. WARD,

    Plaintiff(s),

v.

THOMAS SIEBEL; and
THE SIEBEL LIVING TRUST,

    Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Joint Motion to Vacate and Reset September 24, 2007 Trial Date, filed July 6, 2007 (docket #81) is **GRANTED**.  The three-day jury trial previously set to commence in the above matter on **Monday, September 24, 2007, at 9:00 a.m.**, is **RESET** to commence **Monday, October 29, 2007, at 9:00 a.m.**

    The final trial preparation conference remains set for **Friday, August 24, 2007, at 1:30 p.m**.

    Dated:  July 9, 2007