IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00036-WYD-MJW

MICHAEL J. WARD,

Plaintiff(s),

v.

THOMAS SIEBEL, et al.,

Defendant(s).

MINUTE ORDER

     After considering the updated settlement statements by the parties (dated August 3, 2007), it is hereby ORDERED that Defendants' Renewed Motion to Vacate Settlement Conference or, in the Alternative, for Permission to Attend by Telephone (docket no. 88) is GRANTED as follows.  The settlement conference set on August 14, 2007, at 1:30 p.m. is VACATED.  The court finds that conducting a settlement conference based upon the parties' updated confidential settlement statements would be futile and a total waste of time and expense to the parties.

Date:   August 6, 2007