IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00036-WYD-MJW

MICHAEL J. WARD,

    Plaintiff,

v.

THOMAS SIEBEL;
THE SIEBEL LIVING TRUST;
JUSTIN DOOLEY
FIRST VIRTUAL MANAGEMENT, INC.

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The parties Joint Motion to Stay Entry of Judgment, filed November 5, 2007 (docket # 112) is **GRANTED**. It is further ordered that if the parties have not filed a notice of settlement on or before November 12, 2007, the Court may enter judgment as it sees fit.

    Dated:  November 5, 2007