IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00036-WYD-MJW

MICHAEL J. WARD,

    Plaintiff(s),

v.

THOMAS SIEBEL; and
THE SIEBEL LIVING TRUST,
JUSTIN DOOLEY
FIRST VIRTUAL MANAGEMENT, INC.

    Defendant(s).

## ORDER

THIS MATTER comes before the Court upon the Fed. R. Civ. P. 41(a)(1) Joint Motion and Stipulation for Dismissal With Prejudice Between Plaintiff and Defendant Justin Dooley filed November 16, 2007 (docket #125). The Court having reviewed the Joint Stipulation and being fully advised in the premises, it is hereby

ORDERED that the Joint Motion and Stipulation for Dismissal With Prejudice - Between Plaintiff and Defendant Justin Dooley filed November 16, 2007 (docket #125) is **APPROVED**. It is

FURTHER ORDERED that this matter is **DISMISSED WITH PREJUDICE** as to Defendant Justin Dooley, each party to bear his own attorneys' fees and costs.

Dated: November 29, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge