IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00036-WYD-MJW

MICHAEL J. WARD,

    Plaintiff,

v.

THOMAS SIEBEL;
THE SIEBEL LIVING TRUST;
JUSTIN DOOLEY
FIRST VIRTUAL MANAGEMENT, INC.

    Defendants.

## ORDER

    THIS MATTER comes before the Court on Plaintiff's Unopposed Motion for Entry of Judgment, filed December 28, 2007 (docket #128). It is hereby

    ORDERED that the Unopposed Motion for Entry of Judgment, filed December 28, 2007 (docket #128) is **GRANTED**.  It is

    FURTHER ORDERED that the form of judgment submitted with the motion is **APPROVED**, and the clerk of the court is directed to enter the judgment in the civil docket.

Dated: January 22, 2008

                                BY THE COURT:

                                <u>s/ Wiley Y. Daniel</u>
                                Wiley Y. Daniel
                                U. S. District Judge