IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00036-WYD-MJW

MICHAEL J. WARD,

    Plaintiff(s),

v.

THOMAS SIEBEL; and
THE SIEBEL LIVING TRUST,
JUSTIN DOOLEY
FIRST VIRTUAL MANAGEMENT, INC.

    Defendant(s).

---

**ORDER OF DISMISSAL OF UNJUST ENRICHMENT CLAIM**

---

This matter comes before the Court pursuant to the parties' Fed. R. Civ. P. 41(a)(1) Joint Stipulation of Dismissal and the Court, having reviewed the Joint Stipulation and being fully advised in the premises, it is hereby

ORDERED that the Joint Stipulation of Dismissal is **GRANTED.** Plaintiff's unjust enrichment claim against Defendant The Siebel Living Trust is dismissed, each party to bear its own attorney's fees and costs attributable to the claim.

Dated: January 22, 2008

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL
                              U. S. DISTRICT JUDGE