IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| | |
|---|---|
| Courtroom Deputy: Robert R. Keech | Date: September 29, 2010 |
| E.C.R./Reporter: Therese Lindblom | |

Civil Action No: **06-cv-00036-WYD-MJW**    Counsel:

**MICHAEL J. WARD**,

      Plaintiff,

Thomas R. Ward
Michael J. Heaphy

v.

**THOMAS SIEBEL, et al.**,    John C. Dwyer

      Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**9:06 a.m.**   Court in Session

APPEARANCES OF COUNSEL.

Court's opening remarks.

Defendants' Motion for Attorney Fees and Costs [doc. #180], filed April 12, 2010, is raised for argument.

9:08 a.m.   Argument by Defendants (Mr. Dwyer).

9:09 a.m.   Argument by Plaintiff (Mr. Ward).

9:13 a.m.   Argument by Defendants (Mr. Dwyer).

9:35 a.m.   Argument by Plaintiff (Mr. Ward).

9:51 a.m.        Argument by Plaintiff (Mr. Heaphy).

10:12 a.m.       Argument by Defendants (Mr. Dwyer).

**ORDERED:**     Defendants' Motion for Attorney Fees and Costs [doc. #180], filed April 12, 2010, is **TAKEN UNDER ADVISEMENT.**

**10:18 a.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME:   1:12**